## IN THE UNITED STATES DISTIRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

**Case Number 2:01CR00105-001**

vs.

**JAMES MICHAEL PACHIS,**
            **Defendant**

## ~~PROPOSED~~ ORDER OF COURT

AND NOW, to wit, this 5th day of Oct, 2006, upon, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Early Termination of Supervised Release is GRANTED. Defendant is hereby released from supervision.

BY THE COURT:

_____, J.

cc: All Counsel
    US Marshal
    US Probation